**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PETE ADAME, | ) | NO. EDCV 04-650 ODW (CW) |
|            Petitioner, | ) | |
|     v. | ) | JUDGMENT |
| A. KANE, Acting Warden, | ) | |
|            Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>March 28, 2011</u>

_____
OTIS D. WRIGHT, II
United States District Judge

1